UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT RUIZ, | ) | NO. CV 07-01775 JSL (SS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al. | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed. Plaintiff's claims based upon federal law are dismissed with prejudice and Plaintiff's claims based upon state law are dismissed without prejudice.

DATED: April 15, 2008

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE